IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02787-CNS-SKC

MEGGS, et al.

        Plaintiffs,

vs.

ART, LLC

        Defendant.
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiffs, with consent of the Defendant, hereby inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days.

    Respectfully submitted this 3rd day of July 2023,

                                                          */s/ Jon G. Shadinger Jr.*
                                                          Jon G. Shadinger Jr., Esq.
                                                          Shadinger Law, LLC
                                                          717 E. Elmer Street, Suite 7
                                                          Vineland, NJ 08360
                                                          Direct (609) 319-5399
                                                          Office (609) 691-8565
                                                          Fax (609) 262-4651
                                                          js@shadingerlaw.com
                                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

<i>/s/ Jon G. Shadinger Jr.</i><br>
Jon G. Shadinger Jr., Esq.