# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02787-CNS-SKC

MEGGS, et al.

        Plaintiffs,

vs.

THE ART, LLC

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted this 11th day of July 2023,

| | |
|---|---|
| */s/ Jon G. Shadinger Jr.* | */s/ Alice Conway Powers* |
| Jon G. Shadinger Jr., Esq. | Alice Conway Powers, Esq. |
| Shadinger Law, LLC | O'Hagan Meyer, LLP |
| 717 E. Elmer Street, Suite 7 | 2000 S Colorado Boulevard |
| Vineland, NJ 08360 | Suite 2000-1123 |
| js@shadingerlaw.com | Denver, Colorado 80222 |
| Direct (609) 319-5399 | Phone (720) 995-6910 |
| Office (609) 236-3211 | Fax (312) 422-6110 |
| Fax (609) 900-2760 | apowers@ohaganmeyer.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |